IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

**DONALD M. BROWNING, and**    )
**GABRIELLE M. BROWNING, on**    )
**Behalf of themselves and others**    )
**Similartly situated,**    )
    )
    )
          **Plaintiffs,**    )
    )
**vs.**    )
    )    **Case No.  2:11-cv-02611-EFM-DJW**
    )
    )
**COHEN, McNEILE & PAPPAS, P.C.**    )
    )
    )
    )
          **Defendant**    )
    )
    )

<u>MOTION TO DISMISS</u>

COMES NOW defendant, by and through undersigned counsel, and, pursuant to

Rule 12(b)(6), F.R.C.P., hereby moves to dismiss the plaintiffs' Class Action Petition

because it fails to state a claim upon which relief can be granted,

Respectfully submitted,

 /s/ David E. Larson

David E. Larson    KS Fed Bar No. 70716
The Law Offices of David E. Larson, LLC
Two Cleaver II Blvd., Suite 445
Kansas City, Missouri 64112

Attorney for Defendant

Certificate of Service

I hereby certify that the above entitled *Motion to Dismiss* was filed on the court's ECF
system on the 9th day of November, 2011.

/s/ David E. Larson